B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–07846**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Paul Zachary Winters | Susan Nadine Winters |
| 121 Hearthstone Drive | fka Susan Craven |
| Bartlett, IL 60103 | 121 Hearthstone Drive |
| | Bartlett, IL 60103 |

Social Security / Individual Taxpayer ID No.:
    xxx–xx–3952                              xxx–xx–9659

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>December 6, 2013</u>               <u>Kenneth S. Gardner, Clerk</u>
                                              United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 13-07846-PSH
Paul Zachary Winters  Chapter 7
Susan Nadine Winters
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: lkorotko         Page 1 of 2          Date Rcvd: Dec 06, 2013
                            Form ID: b18           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2013.
```
db/jdb     +Paul Zachary Winters,   Susan Nadine Winters,   121 Hearthstone Drive,   Bartlett, IL 60103-1391
20105896   +BMO Harris Bank N.A.,   111 W. Monroe Street,   Chicago, IL 60603-4095
20105899   +Central Loan Administration & Reporting,   P. O Box 202028,   Florence, SC 29502-2028
20105898   #+Central Loan Administration & Reporting,   6053 South Fashion Square Drive,
             Salt Lake City, UT 84107-5434
20105903   +CitiFinancial Services Inc,   15949 S. Harlem Avenue,   Tinley Park, IL 60477-1609
20105904   +CitiFinancial, Inc,   300 St. Paul Place,   Baltimore, MD 21202-2120
20105901   +Citibank, N.A.,   399 Park Avenue,   New York, NY 10022-4699
20105905    Equifax Information Services, LLC,   1550 Peachtree Street NW,   Atlanta, GA 30309
20105906   +Experian Information Solutions, Inc.,   475 Anton Boulevard,   Costa Mesa, CA 92626-7037
20105907   ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court:   Illinois Department of Revenue,   PO Box 19035,
             Springfield, IL 62794)
20105908    Illinois Department of Revenue,   Po Box 64338,   Chicago, IL 60664-0338
20105912   +Leo and Josephine Winters,   216 Lynnfield Lane,   Schaumburg, IL 60193-1032
20105913   +Trans Union LLC,   1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210
20105915   +US Department of Education,   Po Box 530260,   Atlanta, GA 30353-0260
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QAJMAXWELL.COM Dec 07 2013 00:23:00      Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,
             105 West Adams Street,   Suite 3200,   Chicago, IL 60603-6209
20105895   +EDI: BECKLEE.COM Dec 07 2013 00:23:00      American Express *,   c/o Becket & Lee,   P.O. Box 3001,
             Malvern, PA 19355-0701
20707902    EDI: BECKLEE.COM Dec 07 2013 00:23:00      American Express Centurion Bank,
             c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20105900    EDI: CITICORP.COM Dec 07 2013 00:24:00      Citibank,   Attn: Bankruptcy Dept,   Po Box 20507,
             Kansas City, MO 64195
20105902    EDI: CITICORP.COM Dec 07 2013 00:24:00      Citicorp Credit Services *,
             ATTN: Internal Recovery; Centralized Bk,   P.O. Box 20507,   Kansas City, MO 64195
20105897   +E-mail/Text: bankruptcy@dtasolutionsllc.com Dec 07 2013 00:44:14
             Central Loan Administration & Reporting,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
20105909    EDI: IRS.COM Dec 07 2013 00:24:00      Department of the Treasury,   Internal Revenue Service,
             PO Box 7346,   Philadelphia, PA 19101-7346
20105911    EDI: IRS.COM Dec 07 2013 00:24:00      Internal Revenue Service,   P.O. Box 802503,
             Cincinnati, OH 45280
20105910    EDI: IRS.COM Dec 07 2013 00:24:00      Internal Revenue Service,   Po Box 7346,
             Philadelphia, PA 19101-7346
20105914   +EDI: USBANKARS.COM Dec 07 2013 00:24:00      US Bank Home Mortgage,   US Bancorp Center,
             800 Nicollet Mall,   Minneapolis, MN 55402-2511
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
             Chicago, IL 60603-6209
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2013                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: lkorotko              Page 2 of 2            Date Rcvd: Dec 06, 2013
                              Form ID: b18                Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2013 at the address(es) listed below:
          Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
          Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
          Jessica S Naples    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ND-Two@il.cslegal.com
          Mohammed O Badwan    on behalf of Joint Debtor Susan Nadine Winters mbadwan@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
           m;SulaimanLaw@BestClientInc.com
          Mohammed O Badwan    on behalf of Debtor Paul Zachary Winters mbadwan@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
           m;SulaimanLaw@BestClientInc.com
          Nathan C Volheim    on behalf of Debtor Paul Zachary Winters courtinfo@sulaimanlaw.com,
           nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
          Nathan C Volheim    on behalf of Joint Debtor Susan Nadine Winters courtinfo@sulaimanlaw.com,
           nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```