UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: § 
 § 
WINTERS, PAUL ZACHARY § Case No. 13-07846
WINTERS, SUSAN NADINE § 
 § 
Debtor(s) § 

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-07846 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | WINTERS, PAUL ZACHARY | | | Date Filed (f) or Converted (c): | 02/28/13 (f) |
| | WINTERS, SUSAN NADINE | | | 341(a) Meeting Date: | 04/17/13 |
| For Period Ending: | 03/31/15 | | | Claims Bar Date: | 08/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 121 Hearthstone Drive Bartlett IL, 60103 Single Fa | 292,000.00 | 1,364.00 | | 0.00 | FA |
| 2. 989 Yorkshire Dr. Hanover Park IL 60133 security | 170,000.00 | 0.00 | | 27,200.00 | FA |
| 3. 216 Lynnfield Lane Schaumburg, IL 60193 Single Fam | 140,835.50 | 0.00 | | 0.00 | FA |
| 4. Charter One Savings Account ($1,600.00 deposit) Charter One Savings Account ($1,600.00 of the Existing Balance is a Security Deposit Held for Tenants Listed on SOFA #14) | 236.50 | 1,600.00 | | 1,600.00 | FA |
| 5. Charles Schwab Checking Account | 4,837.05 | 1,225.00 | | 1,600.00 | FA |
| 6. Charter One Checking Account | 902.27 | 0.00 | | 0.00 | FA |
| 7. Furniture, Appliances and Hot Tub | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 8. Personal Items, Silver Coins | 1,250.00 | 1,000.00 | | 1,000.00 | FA |
| 9. Clothing | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. Jewelry | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 11. 4 Handguns | 1,200.00 | 1,200.00 | | 1,200.00 | FA |
| 12. Camera | 200.00 | 200.00 | | 200.00 | FA |
| 13. Term Life Insurance Policy No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 14. Term Life Insurance Policy through Employer No Cas | 0.00 | 0.00 | | 0.00 | FA |
| 15. Term Life Insurance Policy No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 16. Whole Life Insurance Policy Spouse and Dependant C | 4,000.00 | 0.00 | | 0.00 | FA |
| 17. Whole Life Insurance Policy Spouse and Dependant C | 4,000.00 | 0.00 | | 0.00 | FA |
| 18. Whole Life Insurance Policy Spouse and Dependant C | 2,000.00 | 0.00 | | 0.00 | FA |
| 19. Ameritrade IRA | 4,000.00 | 0.00 | | 0.00 | FA |
| 20. 401(K) through Employer | 1,500.00 | 0.00 | | 0.00 | FA |
| 21. Charles Schwab Brokerage Account | 200.00 | 0.00 | | 1,425.82 | FA |
| 22. LaSalle Legal, LLC 50% Interest with Sean M. Dolan | Unknown | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 13-07846 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WINTERS, PAUL ZACHARY | | | Date Filed (f) or Converted (c): | 02/28/13 (f) |
| | WINTERS, SUSAN NADINE | | | 341(a) Meeting Date: | 04/17/13 |
| | | | | Claims Bar Date: | 08/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. 2012 Federal Tax Refund - Debtor's Owe Money to th | 0.00 | 0.00 | | 0.00 | FA |
| 24. 2012 State of Illinois Tax Refund - $600.00 Spent | 0.00 | 0.00 | | 0.00 | FA |
| 25. Illinois Driver's License | 0.00 | 0.00 | | 0.00 | FA |
| 26. Illinois Driver's License | 0.00 | 0.00 | | 0.00 | FA |
| 27. Illinois Attorney Bar Admission | 0.00 | 0.00 | | 0.00 | FA |
| 28. Physical Therapist License | 0.00 | 0.00 | | 0.00 | FA |
| 29. 2006 Honda Pilot LX with 140,000 Miles Vaule Per K | 5,889.00 | 1,089.00 | | 0.00 | FA |
| 30. 2001 Toyota Camry with 172,000 Miles Value Per KBB | 2,421.00 | 1,671.00 | | 0.00 | FA |
| 31. 2000 BMW 528I with 147,000 Miles Vaule Per KBB, PP | 3,339.00 | 839.00 | | 0.00 | FA |
| 32. 2 Laptops, Printer and Kindle | 500.00 | 500.00 | | 0.00 | FA |
| 33. English Bull Terrier | 50.00 | 50.00 | | 0.00 | FA |
| 34. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $650,860.32 | $20,738.00 | | $44,225.82 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

investigating sale of RE; re solution of other personal property and exemption completed
100% INTERIM DISTRIBUTION MADE to IRS (2014)
RENTAL RE ABANDONED 2/15
FINAL TAX RETURN FILED 4/15/15
TFR SUBMITTED 4-17-2015

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | |
|---|---|
| Case No: | 13-07846  PSH  Judge: PAMELA S. HOLLIS |
| Case Name: | WINTERS, PAUL ZACHARY |
| | WINTERS, SUSAN NADINE |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 02/28/13 (f) |
| 341(a) Meeting Date: | 04/17/13 |
| Claims Bar Date: | 08/02/13 |

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-07846 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WINTERS, PAUL ZACHARY | | Bank Name: | ASSOCIATED BANK |
| | WINTERS, SUSAN NADINE | | Account Number / CD #: | *******8546 Checking Account |
| Taxpayer ID No: | *******8556 | | | |
| For Period Ending: | 03/31/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/05/13 | 5, 21 | PAUL & SUSAN WINTERS | Charles Schwab Account | 1110-000 | 1,425.82 | | 1,425.82 |
| 08/28/13 | 2 | KATHERINE PASSAGLIA<br>989 YORKSHIRE AVE<br>HANOVER PARK IL 60133 | AUGUST 2013 RENT (WINTERS PAUL & SU | 1122-000 | 1,600.00 | | 3,025.82 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,015.82 |
| 09/17/13 | 2 | KATHERINE PASSAGLIA<br>989 YORKSHIRE AVE.<br>HANOVER PARK, IL 60133 | SEPTEMBER 2013 RENT /WINTERS | 1122-000 | 1,600.00 | | 4,615.82 |
| 09/27/13 | * NOTE * | PAUL AND SUSAN WINTERS<br>121 HEARTSTONE DR.<br>BARLETT, IL 60103 | SETTLEMENT PAYMENT<br>* NOTE *  Properties 4, 5, 7, 8, 10, 11, 12 | 1129-000 | 15,600.00 | | 20,215.82 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 20,205.82 |
| 10/16/13 | 2 | CATHERINE PASSAGLIA<br>989 YORKSHIRE AVE.<br>HANOVER PARK IL 60133 | OCTOBER 2013 RENT | 1122-000 | 1,600.00 | | 21,805.82 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.26 | 21,774.56 |
| 11/18/13 | 2 | KATHERINE  PASSAGLIA<br>989 YORKSHIRE AVE<br>HANOVER PARK, IL 6011 | NOVEMBER 2013 RENT | 1122-000 | 1,600.00 | | 23,374.56 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.33 | 23,342.23 |
| 12/17/13 | 2 | KATHERINE PASSAGLIA | DECEMBER 2013 RENT | 1122-000 | 1,600.00 | | 24,942.23 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.85 | 24,906.38 |
| 01/16/14 | 2 | CATHERINE PASSAGLIA | JANUARY 2014 RENT | 1122-000 | 1,600.00 | | 26,506.38 |
| 02/07/14 | 010001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | bond # 016026455 | 2300-000 | | 29.07 | 26,477.31 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.26 | 26,439.05 |

Page Subtotals        26,625.82        186.77

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 13-07846 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | WINTERS, PAUL ZACHARY | Bank Name: | ASSOCIATED BANK |
|  | WINTERS, SUSAN NADINE | Account Number / CD #: | *******8546 Checking Account |
| Taxpayer ID No: | *******8556 |  |  |
| For Period Ending: | 03/31/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/21/14 | 2 | KATHERINE PASSAGLIA | FEB 2014 RENT | 1122-000 | 1,600.00 |  | 28,039.05 |
| 03/05/14 | 010002 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Partial Payment of Priority Claim | 5800-000 |  | 10,000.00 | 18,039.05 |
| 03/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 36.13 | 18,002.92 |
| 03/17/14 | 2 | KATHERINE PASSAGLIA | MARCH 2014 RENT | 1122-000 | 1,600.00 |  | 19,602.92 |
| 04/01/14 | 010003 | BANK OF AMERICA | House Insurance<br>Account ending 5846<br>payment made on 02/18/14 | 2420-000 |  | 842.00 | 18,760.92 |
| 04/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 33.67 | 18,727.25 |
| 04/21/14 | 2 | KATHERINE PASSAGLIA | APRIL 2014 RENT | 1122-000 | 1,600.00 |  | 20,327.25 |
| 05/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 28.08 | 20,299.17 |
| 05/20/14 | 2 | KATHERINE PASSAGLIA | MAY 2014 RENT | 1122-000 | 1,600.00 |  | 21,899.17 |
| 06/06/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 31.10 | 21,868.07 |
| 06/09/14 | 010004 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Final Payment of Priority Claim | 5800-000 |  | 13,961.12 | 7,906.95 |
| 06/23/14 | 2 | KATHERINE PASSAGLIA | JUNE 2014 RENT | 1122-000 | 1,600.00 |  | 9,506.95 |
| 07/02/14 | 010005 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O.BOX 19053<br>SPRINGFIELD , IL 62794-9053 | EIN # 46-6918556<br>2013 TAXES PLUS INTEREST | 2810-000 |  | 407.00 | 9,099.95 |
| 07/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.70 | 9,077.25 |
| 07/17/14 | 2 | KATHERINE PASSAGLIA | JULY 2014 RENT | 1122-000 | 1,600.00 |  | 10,677.25 |
| 08/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 14.90 | 10,662.35 |
| 08/19/14 | 2 | KATHERINE PASSAGLIA | AUG 2014 RENT | 1122-000 | 1,600.00 |  | 12,262.35 |
| 09/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 16.85 | 12,245.50 |
| 09/19/14 | 2 | KATHERINE PASSAGLIA | SEPT 2014 RENT | 1122-000 | 1,600.00 |  | 13,845.50 |

Page Subtotals 12,800.00 25,393.55

UST Form 101-7-TFR (5/1/2011) (Page: 7)

LFORM24

Ver: 18.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 13-07846 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | WINTERS, PAUL ZACHARY | | Bank Name: | ASSOCIATED BANK |
| | WINTERS, SUSAN NADINE | | Account Number / CD #: | *******8546  Checking Account |
| Taxpayer ID No: | *******8556 | | | |
| For Period Ending: | 03/31/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.54 | 13,826.96 |
| 10/17/14 | 2 | KATHERINE PASSAGLIA | OCT 2014 RENT | 1122-000 | 1,600.00 | | 15,426.96 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.71 | 15,405.25 |
| 11/18/14 | 2 | KATHERINE PASSAGLIA | NOVEMBER 2014 RENT | 1122-000 | 1,600.00 | | 17,005.25 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.16 | 16,982.09 |
| 12/19/14 | 2 | CATHERINE PASSAGLIA | DEC 2014 RENT | 1122-000 | 1,600.00 | | 18,582.09 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.24 | 18,555.85 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.59 | 18,528.26 |
| 03/20/15 | 010006 | ADAMS LEVINE<br>Attn: Maria Sponza<br>60 East 42nd Street Suite 965<br>New York, NY 10165-0965 | Bond Payments<br>BOND # 10BSBGR6291 | 2300-000 | | 17.80 | 18,510.46 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 44,225.82 | 25,715.36 | 18,510.46 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 44,225.82 | 25,715.36 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 44,225.82 | 25,715.36 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********8546 | 44,225.82 | 25,715.36 | 18,510.46 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 44,225.82 | 25,715.36 | 18,510.46 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  4,800.00  135.04

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 28, 2015 |
|---|---|---|---|---|---|---|

Case Number: 13-07846    Claim Class Sequence
Debtor Name: WINTERS, PAUL ZACHARY

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 005<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 W ADAMS ST<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $11,213.79 | $0.00 | $11,213.79 |
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $5,172.58 | $0.00 | $5,172.58 |
| 001<br>3410-00 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL 60601 | Administrative | | $1,756.00 | $0.00 | $1,756.00 |
| 999<br>2300-00 | ADAMS LEVINE<br>ATTN MARIA SPONZA<br>60EAST 42ND STREEET SUITE 965<br>NEW YORK, NY 10165-0965 | Administrative | | $17.80 | $17.80 | $0.00 |
| 999<br>2810-00 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O BOX 19053<br>SPRINGFILED IL 62794-9053 | Administrative | | $407.00 | $407.00 | $0.00 |
| 001<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $33.09 | $0.00 | $33.09 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $29.07 | $29.07 | $0.00 |
| 000001A<br>058<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $23,961.12 | $23,961.12 | $0.00 |
| 000001B<br>070<br>7100-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $2,435.51 | $0.00 | $2,435.51 |
| 000002<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $3,355.38 | $0.00 | $3,355.38 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: April 28, 2015 |

Case Number:  13-07846                                   Claim Class Sequence
Debtor Name:  WINTERS, PAUL ZACHARY

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $48,381.34 | $24,414.99 | $23,966.35 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-07846
Case Name: WINTERS, PAUL ZACHARY
  WINTERS, SUSAN NADINE
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ | $ | $ |
| Other: ADAMS LEVINE | $ | $ | $ |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |
| Other: MAXWELL LAW GROUP, LLC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Department of the Treasury | $ | $ | $ |

Total to be paid to priority creditors               $_____

Remaining Balance                                    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | American Express Centurion Bank | $ | $ | $ |
| 000001B | Department of the Treasury | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance                                          $_____

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

      Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE