UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| WINTERS, PAUL ZACHARY | § | Case No. 13-07846 |
| WINTERS, SUSAN NADINE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF COURT
UNITED STATES BANKRUPTCY CT.
219 S. DEARBORN STREET
CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/21/2015 in Courtroom ,
United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/28/2015          By: /s/ Andrew J. Maxwell
                                        Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
WINTERS, PAUL ZACHARY § Case No. 13-07846
WINTERS, SUSAN NADINE §
 §
    Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 44,225.82 |
| and approved disbursements of | $ | 25,715.36 |
| leaving a balance on hand of[1] | $ | 18,510.46 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 5,172.58 | $ 0.00 | $ 5,172.58 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 33.09 | $ 0.00 | $ 33.09 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ 1,756.00 | $ 0.00 | $ 1,756.00 |
| Other: ADAMS LEVINE | $ 17.80 | $ 17.80 | $ 0.00 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 407.00 | $ 407.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 29.07 | $ 29.07 | $ 0.00 |
| Other: MAXWELL LAW GROUP, LLC | $ 11,213.79 | $ 0.00 | $ 11,213.79 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | Total to be paid for chapter 7 administrative expenses | $ | 18,175.46 |
|---|---|---|---|
| | Remaining Balance | $ | 335.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 23,961.12 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Department of the Treasury | $ 23,961.12 | $ 23,961.12 | $ 0.00 |

| | Total to be paid to priority creditors | $ | 0.00 |
|---|---|---|---|
| | Remaining Balance | $ | 335.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,790.89 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | American Express Centurion Bank | $ 3,355.38 | $ 0.00 | $ 194.11 |
| 000001B | Department of the Treasury | $ 2,435.51 | $ 0.00 | $ 140.89 |

| | Total to be paid to timely general unsecured creditors | $ | 335.00 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Paul Zachary Winters
Susan Nadine Winters
    Debtors

Case No. 13-07846-PSH
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dross     Page 1 of 2     Date Rcvd: Apr 29, 2015
                             Form ID: pdf006     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2015.
```
db/jdb         +Paul Zachary Winters,    Susan Nadine Winters,    121 Hearthstone Drive,
                 Bartlett, IL 60103-1391
20105895       +American Express,    c/o Becket & Lee,    P.O. Box 3001,    Malvern, PA 19355-0701
20707902        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20105896       +BMO Harris Bank N.A.,    111 W. Monroe Street,    Chicago, IL 60603-4095
20105900      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank,    Attn: Bankruptcy Dept,    Po Box 20507,
                 Kansas City, MO 64195)
20105899       +Central Loan Administration & Reporting,    P. O Box 202028,    Florence, SC 29502-2028
20105903       +CitiFinancial Services Inc,    15949 S. Harlem Avenue,    Tinley Park, IL 60477-1609
20105904       +CitiFinancial, Inc,   300 St. Paul Place,    Baltimore, MD 21202-2120
20105901       +Citibank, N.A.,   399 Park Avenue,    New York, NY 10022-4699
20105905        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20105906       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20105907      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,    PO Box 19035,
                 Springfield, IL 62794)
20105908        Illinois Department of Revenue,    Po Box 64338,    Chicago, IL 60664-0338
20105912       +Leo and Josephine Winters,    216 Lynnfield Lane,    Schaumburg, IL 60193-1032
20105913       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
20105914       +US Bank Home Mortgage,    US Bancorp Center,    800 Nicollet Mall,    Minneapolis, MN 55402-2511
20105915       +US Department of Education,    Po Box 530260,    Atlanta, GA 30353-0260
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20105897       +E-mail/Text: bankruptcy@dtasolutionsllc.net Apr 30 2015 01:21:31
                 Central Loan Administration & Reporting,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
20105909        E-mail/Text: cio.bncmail@irs.gov Apr 30 2015 01:20:40      Department of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20105902*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citicorp Credit Services *,
                 ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195)
20105911*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    P.O. Box 802503,    Cincinnati, OH 45280)
20105910*       Internal Revenue Service,    Po Box 7346,    Philadelphia, PA 19101-7346
20105898      ##+Central Loan Administration & Reporting,    6053 South Fashion Square Drive,
                 Salt Lake City, UT 84107-5434
                                                                                TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2015                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: dross              Page 2 of 2            Date Rcvd: Apr 29, 2015
                              Form ID: pdf006          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2015 at the address(es) listed below:

          Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Andrew J Maxwell, ESQ    on behalf of Accountant Lois  West maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Andrew J Maxwell, ESQ    on behalf of Attorney Andrew J Maxwell maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
           ustee@hotmail.com
          Jessica S Naples    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ND-Two@il.cslegal.com
          Mohammed O Badwan    on behalf of Joint Debtor Susan Nadine Winters mbadwan@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
           m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Mohammed O Badwan    on behalf of Debtor Paul Zachary Winters mbadwan@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
           m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Nathan C Volheim    on behalf of Debtor Paul Zachary Winters courtinfo@sulaimanlaw.com,
           nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
           ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Nathan C Volheim    on behalf of Joint Debtor Susan Nadine Winters courtinfo@sulaimanlaw.com,
           nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
           ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                    TOTAL: 10