UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                     §
                                           §
WINTERS, PAUL ZACHARY                      §    Case No. 13-07846
WINTERS, SUSAN NADINE                      §
                                           §
          Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 404,991.56<br>*(Without deducting any secured claims)* | Assets Exempt: 58,381.71 |
| Total Distributions to Claimants:  24,296.12 | Claims Discharged<br>Without Payment:  263,845.89 |
| Total Expenses of Administration:  19,929.70 | |

    3) Total gross receipts of $ 44,225.82  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 44,225.82  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 850,622.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 25,155.91 | 19,929.70 | 19,929.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 27,130.00 | 23,961.12 | 23,961.12 | 23,961.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 231,260.00 | 5,790.89 | 5,790.89 | 335.00 |
| **TOTAL DISBURSEMENTS** | $ 1,109,012.00 | $ 54,907.92 | $ 49,681.71 | $ 44,225.82 |

4) This case was originally filed under chapter 7 on 02/28/2013 . The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/23/2015           By:/s/ANDREW J. MAXWELL, TRUSTEE
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Charles Schwab Checking Account | 1110-000 | 1,425.82 |
| Charles Schwab Brokerage Account | 1110-000 | 0.00 |
| 989 Yorkshire Dr. Hanover Park IL 60133 | 1122-000 | 27,200.00 |
| Charter One Savings Account ($1,600.00 deposit) | 1129-000 | 1,600.00 |
| Charles Schwab Checking Account | 1129-000 | 1,600.00 |
| Furniture, Appliances and Hot Tub | 1129-000 | 5,000.00 |
| Personal Items, Silver Coins | 1129-000 | 1,000.00 |
| Jewelry | 1129-000 | 5,000.00 |
| 4 Handguns | 1129-000 | 1,200.00 |
| Camera | 1129-000 | 200.00 |
| **TOTAL GROSS RECEIPTS** | | **$44,225.82** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank N.A. 111 W. Monroe Street Chicago, IL 60603 | | 319,582.00 | NA | NA | 0.00 |
| | Central Loan Administration & Reporting 425 Phillips Boulevard Ewing, NJ 08618 | | 260,636.00 | NA | NA | 0.00 |
| | US Bank Home Mortgage US Bancorp Center 800 Nicollet Mall Minneapolis, MN 55402 | | 270,404.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 850,622.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 5,172.58 | 5,172.58 | 5,172.58 |
| ADAMS LEVINE | 2300-000 | NA | 17.80 | 17.80 | 17.80 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 29.07 | 29.07 | 29.07 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | 2420-000 | NA | 842.00 | 842.00 | 842.00 |
| ASSOCIATED BANK | 2600-000 | NA | 458.37 | 458.37 | 458.37 |
| ILLINOIS DEPARTMENT OF REVENUE | 2810-000 | NA | 407.00 | 407.00 | 407.00 |
| MAXWELL LAW GROUP, LLC | 3110-000 | NA | 16,440.00 | 11,213.79 | 11,213.79 |
| MAXWELL LAW GROUP, LLC | 3120-000 | NA | 33.09 | 33.09 | 33.09 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 1,756.00 | 1,756.00 | 1,756.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 25,155.91 | $ 19,929.70 | $ 19,929.70 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue PO Box 19035 Springfield, IL 62794 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service Department of Treasury Kansas City, MO 64999 | | 9,000.00 | NA | NA | 0.00 |
| | Internal Revenue Service Po Box 7346 Philadelphia, PA 19101-7346 | | 18,130.00 | NA | NA | 0.00 |
| 000001A | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 23,961.12 | 23,961.12 | 23,961.12 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 27,130.00 | $ 23,961.12 | $ 23,961.12 | $ 23,961.12 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express * c/o Becket & Lee P.O. Box 3001 Malvern, PA 19355 | | 3,291.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citicorp Credit Services * ATTN: Internal Recovery; Centralized Bk P.O. Box 20507 Kansas City, MO 64195 | | 13,800.00 | NA | NA | 0.00 |
| | Citicorp Credit Services * ATTN: Internal Recovery; Centralized Bk P.O. Box 20507 Kansas City, MO 64195 | | 4,800.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC 1550 Peachtree Street NW Atlanta, GA 30309 | | 0.00 | NA | NA | 0.00 |
| | Experian Information Solutions, Inc. 475 Anton Boulevard Costa Mesa, CA 92626 | | 0.00 | NA | NA | 0.00 |
| | Trans Union LLC 1561 E. Orangethorpe Avenue Fullerton, CA 92831 | | 0.00 | NA | NA | 0.00 |
| | US Bank Home Mortgage US Bancorp Center 800 Nicollet Mall Minneapolis, MN 55402 | | 100,404.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Department of Education Po Box 530260 Atlanta, GA 30353 | | 31,594.00 | NA | NA | 0.00 |
| | US Department of Education Po Box 530260 Atlanta, GA 30353 | | 14,505.00 | NA | NA | 0.00 |
| | US Department of Education Po Box 530260 Atlanta, GA 30353 | | 13,676.00 | NA | NA | 0.00 |
| | US Department of Education Po Box 530260 Atlanta, GA 30353 | | 12,857.00 | NA | NA | 0.00 |
| | US Department of Education Po Box 530260 Atlanta, GA 30353 | | 8,500.00 | NA | NA | 0.00 |
| | US Department of Education Po Box 530260 Atlanta, GA 30353 | | 8,500.00 | NA | NA | 0.00 |
| | US Department of Education Po Box 530260 Atlanta, GA 30353 | | 8,500.00 | NA | NA | 0.00 |
| | US Department of Education Po Box 530260 Atlanta, GA 30353 | | 6,583.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Department of Education Po Box 530260 Atlanta, GA 30353 | | 4,250.00 | NA | NA | 0.00 |
| 000002 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 3,355.38 | 3,355.38 | 194.11 |
| 000001B | DEPARTMENT OF THE TREASURY | 7100-001 | NA | 2,435.51 | 2,435.51 | 140.89 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 231,260.00 | $ 5,790.89 | $ 5,790.89 | $ 335.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-07846 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | WINTERS, PAUL ZACHARY | | | Date Filed (f) or Converted (c): | 02/28/13 (f) |
| | WINTERS, SUSAN NADINE | | | 341(a) Meeting Date: | 04/17/13 |
| For Period Ending: | 09/23/15 | | | Claims Bar Date: | 08/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 121 Hearthstone Drive Bartlett IL, 60103 Single Fa | 292,000.00 | 1,364.00 | | 0.00 | FA |
| 2. 989 Yorkshire Dr. Hanover Park IL 60133 security | 170,000.00 | 0.00 | | 27,200.00 | FA |
| 3. 216 Lynnfield Lane Schaumburg, IL 60193 Single Fam | 140,835.50 | 0.00 | | 0.00 | FA |
| 4. Charter One Savings Account ($1,600.00 deposit) Charter One Savings Account ($1,600.00 of the Existing Balance is a Security Deposit Held for Tenants Listed on SOFA #14) | 236.50 | 1,600.00 | | 1,600.00 | FA |
| 5. Charles Schwab Checking Account | 4,837.05 | 1,225.00 | | 1,600.00 | FA |
| 6. Charter One Checking Account | 902.27 | 0.00 | | 0.00 | FA |
| 7. Furniture, Appliances and Hot Tub | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 8. Personal Items, Silver Coins | 1,250.00 | 1,000.00 | | 1,000.00 | FA |
| 9. Clothing | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. Jewelry | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 11. 4 Handguns | 1,200.00 | 1,200.00 | | 1,200.00 | FA |
| 12. Camera | 200.00 | 200.00 | | 200.00 | FA |
| 13. Term Life Insurance Policy No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 14. Term Life Insurance Policy through Employer No Cas | 0.00 | 0.00 | | 0.00 | FA |
| 15. Term Life Insurance Policy No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 16. Whole Life Insurance Policy Spouse and Dependant C | 4,000.00 | 0.00 | | 0.00 | FA |
| 17. Whole Life Insurance Policy Spouse and Dependant C | 4,000.00 | 0.00 | | 0.00 | FA |
| 18. Whole Life Insurance Policy Spouse and Dependant C | 2,000.00 | 0.00 | | 0.00 | FA |
| 19. Ameritrade IRA | 4,000.00 | 0.00 | | 0.00 | FA |
| 20. 401(K) through Employer | 1,500.00 | 0.00 | | 0.00 | FA |
| 21. Charles Schwab Brokerage Account | 200.00 | 0.00 | | 1,425.82 | FA |
| 22. LaSalle Legal, LLC 50% Interest with Sean M. Dolan | Unknown | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.05

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-07846 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | WINTERS, PAUL ZACHARY | | | | Date Filed (f) or Converted (c): | 02/28/13 (f) |
| | WINTERS, SUSAN NADINE | | | | 341(a) Meeting Date: | 04/17/13 |
| | | | | | Claims Bar Date: | 08/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. 2012 Federal Tax Refund - Debtor's Owe Money to th | 0.00 | 0.00 | | 0.00 | FA |
| 24. 2012 State of Illinois Tax Refund - $600.00 Spent | 0.00 | 0.00 | | 0.00 | FA |
| 25. Illinois Driver's License | 0.00 | 0.00 | | 0.00 | FA |
| 26. Illinois Driver's License | 0.00 | 0.00 | | 0.00 | FA |
| 27. Illinois Attorney Bar Admission | 0.00 | 0.00 | | 0.00 | FA |
| 28. Physical Therapist License | 0.00 | 0.00 | | 0.00 | FA |
| 29. 2006 Honda Pilot LX with 140,000 Miles Vaule Per K | 5,889.00 | 1,089.00 | | 0.00 | FA |
| 30. 2001 Toyota Camry with 172,000 Miles Value Per KBB | 2,421.00 | 1,671.00 | | 0.00 | FA |
| 31. 2000 BMW 528I with 147,000 Miles Vaule Per KBB, PP | 3,339.00 | 839.00 | | 0.00 | FA |
| 32. 2 Laptops, Printer and Kindle | 500.00 | 500.00 | | 0.00 | FA |
| 33. English Bull Terrier | 50.00 | 50.00 | | 0.00 | FA |
| 34. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $650,860.32 | $20,738.00 | | $44,225.82 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

investigating sale of RE; re solution of other personal property and exemption completed
100% INTERIM DISTRIBUTION MADE to IRS (2014)
RENTAL RE ABANDONED 2/15
FINAL TAX RETURN FILED 4/15/15
TFR SUBMITTED 4-17-2015
DISTRIBUTION MADE ON 5-21-2015

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Ver: 18.05

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| | |
|---|---|
| Case No: | 13-07846   PSH   Judge: PAMELA S. HOLLIS |
| Case Name: | WINTERS, PAUL ZACHARY |
| | WINTERS, SUSAN NADINE |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 02/28/13 (f) |
| 341(a) Meeting Date: | 04/17/13 |
| Claims Bar Date: | 08/02/13 |

TDR IN PROGRESS

Initial Projected Date of Final Report (TFR): 12/31/15      Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-07846 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | WINTERS, PAUL ZACHARY | | Bank Name: | ASSOCIATED BANK |
| | WINTERS, SUSAN NADINE | | Account Number / CD #: | *******8546 Checking Account |
| Taxpayer ID No: | *******8556 | | | |
| For Period Ending: | 09/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/05/13 | 5, 21 | PAUL & SUSAN WINTERS | Charles Schwab Account | 1110-000 | 1,425.82 | | 1,425.82 |
| 08/28/13 | 2 | KATHERINE PASSAGLIA  989 YORKSHIRE AVE  HANOVER PARK IL 60133 | AUGUST 2013 RENT (WINTERS PAUL & SU | 1122-000 | 1,600.00 | | 3,025.82 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,015.82 |
| 09/17/13 | 2 | KATHERINE PASSAGLIA  989 YORKSHIRE AVE.  HANOVER PARK, IL 60133 | SEPTEMBER 2013 RENT /WINTERS | 1122-000 | 1,600.00 | | 4,615.82 |
| 09/27/13 | * NOTE * | PAUL AND SUSAN WINTERS  121 HEARTSTONE DR.  BARLETT, IL 60103 | SETTLEMENT PAYMENT  * NOTE *  Properties 4, 5, 7, 8, 10, 11, 12 | 1129-000 | 15,600.00 | | 20,215.82 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 20,205.82 |
| 10/16/13 | 2 | CATHERINE PASSAGLIA  989 YORKSHIRE AVE.  HANOVER PARK IL 60133 | OCTOBER 2013 RENT | 1122-000 | 1,600.00 | | 21,805.82 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.26 | 21,774.56 |
| 11/18/13 | 2 | KATHERINE PASSAGLIA  989 YORKSHIRE AVE  HANOVER PARK, IL 6011 | NOVEMBER 2013 RENT | 1122-000 | 1,600.00 | | 23,374.56 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.33 | 23,342.23 |
| 12/17/13 | 2 | KATHERINE PASSAGLIA | DECEMBER 2013 RENT | 1122-000 | 1,600.00 | | 24,942.23 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.85 | 24,906.38 |
| 01/16/14 | 2 | CATHERINE PASSAGLIA | JANUARY 2014 RENT | 1122-000 | 1,600.00 | | 26,506.38 |
| 02/07/14 | 010001 | INTERNATIONAL SURETIES, LTD.  ONE SHELL SQUARE  701 POYDRAS STREET, STE 420  NEW ORLEANS LA 70139 | bond # 016026455 | 2300-000 | | 29.07 | 26,477.31 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.26 | 26,439.05 |

Page Subtotals  26,625.82  186.77

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2 Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD Exhibit 9

| Case No: | 13-07846 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | WINTERS, PAUL ZACHARY | Bank Name: | ASSOCIATED BANK |
| | WINTERS, SUSAN NADINE | Account Number / CD #: | *******8546 Checking Account |
| Taxpayer ID No: | *******8556 | | |
| For Period Ending: | 09/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/21/14 | 2 | KATHERINE PASSAGLIA | FEB 2014 RENT | 1122-000 | 1,600.00 | | 28,039.05 |
| 03/05/14 | 010002 | Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Partial Payment of Priority Claim | 5800-000 | | 10,000.00 | 18,039.05 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.13 | 18,002.92 |
| 03/17/14 | 2 | KATHERINE PASSAGLIA | MARCH 2014 RENT | 1122-000 | 1,600.00 | | 19,602.92 |
| 04/01/14 | 010003 | BANK OF AMERICA | House Insurance Account ending 5846 payment made on 02/18/14 | 2420-000 | | 842.00 | 18,760.92 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.67 | 18,727.25 |
| 04/21/14 | 2 | KATHERINE PASSAGLIA | APRIL 2014 RENT | 1122-000 | 1,600.00 | | 20,327.25 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.08 | 20,299.17 |
| 05/20/14 | 2 | KATHERINE PASSAGLIA | MAY 2014 RENT | 1122-000 | 1,600.00 | | 21,899.17 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.10 | 21,868.07 |
| 06/09/14 | 010004 | Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Final Payment of Priority Claim | 5800-000 | | 13,961.12 | 7,906.95 |
| 06/23/14 | 2 | KATHERINE PASSAGLIA | JUNE 2014 RENT | 1122-000 | 1,600.00 | | 9,506.95 |
| 07/02/14 | 010005 | ILLINOIS DEPARTMENT OF REVENUE P.O.BOX 19053 SPRINGFIELD , IL 62794-9053 | EIN # 46-6918556 2013 TAXES PLUS INTEREST | 2810-000 | | 407.00 | 9,099.95 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.70 | 9,077.25 |
| 07/17/14 | 2 | KATHERINE PASSAGLIA | JULY 2014 RENT | 1122-000 | 1,600.00 | | 10,677.25 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.90 | 10,662.35 |
| 08/19/14 | 2 | KATHERINE PASSAGLIA | AUG 2014 RENT | 1122-000 | 1,600.00 | | 12,262.35 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.85 | 12,245.50 |
| 09/19/14 | 2 | KATHERINE PASSAGLIA | SEPT 2014 RENT | 1122-000 | 1,600.00 | | 13,845.50 |
| | | | Page Subtotals | | 12,800.00 | 25,393.55 | |

Ver: 18.05

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-07846 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | WINTERS, PAUL ZACHARY | Bank Name: | ASSOCIATED BANK |
| | WINTERS, SUSAN NADINE | Account Number / CD #: | *******8546 Checking Account |
| Taxpayer ID No: | *******8556 | | |
| For Period Ending: | 09/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.54 | 13,826.96 |
| 10/17/14 | 2 | KATHERINE PASSAGLIA | OCT 2014 RENT | 1122-000 | 1,600.00 | | 15,426.96 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.71 | 15,405.25 |
| 11/18/14 | 2 | KATHERINE PASSAGLIA | NOVEMBER 2014 RENT | 1122-000 | 1,600.00 | | 17,005.25 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.16 | 16,982.09 |
| 12/19/14 | 2 | CATHERINE PASSAGLIA | DEC 2014 RENT | 1122-000 | 1,600.00 | | 18,582.09 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.24 | 18,555.85 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.59 | 18,528.26 |
| 03/20/15 | 010006 | ADAMS LEVINE<br>Attn: Maria Sponza<br>60 East 42nd Street Suite 965<br>New York, NY 10165-0965 | Bond Payments<br>BOND # 10BSBGR6291 | 2300-000 | | 17.80 | 18,510.46 |
| 05/22/15 | 010007 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation<br>c/o 5/21/2015 | 2100-000 | | 5,172.58 | 13,337.88 |
| 05/22/15 | 010008 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL 60601 | Accountant for TR. Fees + Expenses<br>c/o 5/21/2015 | 3410-000 | | 1,756.00 | 11,581.88 |
| 05/22/15 | 010009 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for TR. Expenses<br>c/o 5/21/2015 | 3120-000 | | 33.09 | 11,548.79 |
| 05/22/15 | 010010 | MAXWELL LAW GROUP, LLC<br>105 W ADAMS ST<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for Trustee Fees<br>c/o 5/21/2015 | 3110-000 | | 11,213.79 | 335.00 |
| * 05/22/15 | 010011 | Department of the Treasury<br>Internal Revenue Service | Claim 1B, Final Payment<br>c/o 5/21/2015 | 7100-003 | | 140.89 | 194.11 |

Page Subtotals    4,800.00    18,451.39

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-07846 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WINTERS, PAUL ZACHARY | | Bank Name: | ASSOCIATED BANK |
| | WINTERS, SUSAN NADINE | | Account Number / CD #: | *******8546 Checking Account |
| Taxpayer ID No: | *******8556 | | | |
| For Period Ending: | 09/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/22/15 | 010012 | PO Box 7346<br>Philadelphia, PA 19101-7346<br>American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 2, Final Payment<br>c/o 5/21/2015 | 7100-000 | | 194.11 | 0.00 |
| * 06/17/15 | 010011 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim 1B, Final Payment<br>Unclaimed Funds | 7100-003 | | -140.89 | 140.89 |
| 06/17/15 | 010013 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | Claim 1B, Final Payment<br>Unclaimed Funds | 7100-001 | | 140.89 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 44,225.82 | 44,225.82 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 44,225.82 | 44,225.82 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 44,225.82 | 44,225.82 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******8546 | 44,225.82 | 44,225.82 | 0.00 |
| | 44,225.82 | 44,225.82 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 194.11

Ver: 18.05

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-07846 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WINTERS, PAUL ZACHARY | | Bank Name: | ASSOCIATED BANK |
| | WINTERS, SUSAN NADINE | | Account Number / CD #: | *******8546 Checking Account |
| Taxpayer ID No: | *******8556 | | | |
| For Period Ending: | 09/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*